UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> RESPONDENT ) <br> ) <br> ) <br> ) <br> Vs. ) <br> ) <br> ) <br> ) <br> CARLOS A. ROSADO, ) <br> PETITIONER ) <br> ) | U.S.D.C. Case No: <br> 13-CR-580(SDW <br><br> Civil Action No: <br> 2:15-cv-02152-SDW |

NOTICE OF APPEAL

Notice is hereby given that Carlos A. Rosado, Petitioner in the above captioned and entitled cause of action, does hereby pursuant to Title 28 USC Section 2253 appeals to the United States Court of Appeals for the Third Circuit from the final judgment and order entered in this action on January 06, 2016, denying petitioner's application for a writ of habeas corpus pursuant to Title 28 United States Code, Section 2255.

Respectfully submitted,

_____
Carlos A. Rosado,
Pro se
Fed. Reg. No: 03119-104
FCI Elkton
Federal Correctional Institution
P.O. Box 10
Lisbon, Ohio 44432

NOTICE OF APPEAL

NAME: Carlos Rosado
REG.#: 03119-104
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

⇔03119-104⇔
Clerk Of The Court
50 Walnut ST
ROOM 4015
Newark, NJ 07102
United States

"Legal Mail"

0710235701S